UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | CASE NO. CV 08-04649-MMM (PJWx) |
| Petitioner, ) | |
| ) | AMENDED JUDGMENT |
| vs. ) | |
| DINAMICA FINANCIERA, LLC, ) | |
| Respondent. ) | |

  Petitioner the Federal Trade Commission ("FTC") filed a series of applications to enforce a civil investigative demand ("CID") it had served on respondent Dinamica Financiera, LLC ("Dinamica"). On September 22, 2008, the court heard the FTC's application for an order of civil contempt against Dinamica. Thereafter, the court entered an order holding Dinamica in civil contempt and imposing a daily monetary sanction of $750.00, commencing October 7, 2008, for every day that Dinamica failed to provide the requested information and documents to the FTC. On December 19, 2008, the FTC notified the court that Dinamica had purged its contempt by providing a complete response to the CID. The court having considered the evidence presented by the parties,

  IT IS ORDERED AND ADJUDGED that

  1. Petitioner's application for an order of civil contempt against respondent is granted;

  2. Respondent is ordered to pay petitioner a daily monetary sanction of $750.00 for 74

1  days (October 7, 2008 through December 19, 2008, inclusive), in an amount totaling $55,500.00.

2  Such payment shall be made to:

                Clerk – United States District Court

                Central District of California, Western Division

                G-8 United States Courthouse

                312 North Spring Street

                Los Angeles, CA 90012-4701; and

    3.  The action be, and it hereby is, dismissed.

DATED: December 31, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2